Troutman Law Firm, PC
Ted A. Troutman, OSB #844470
*5075 SW Griffith Dr., Ste 220*
*Beaverton, Oregon 97005*
*Tel (503) 292-6788*
Fax (503) 596-2371

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

| | |
|---|---|
| In re ) | |
| ) | Case No. **18-34026-pcm13** |
| **Joyce Alice Hobizal** ) | |
| ) | NOTICE OF DEATH |
| ) | |
| Debtor(s) ) | |
| ) | |
| ) | |

Pursuant to Local Rule 1016-1, debtor's counsel hereby files this *Notice of Death* for debtor Joyce Alice Hobizal. Debtor passed away approximately 30 days ago and debtor's attorney has been unable to obtain a copy of the Certificate of Death from the surviving non-debtor spouse.

PRESENTED BY:

/s/ Ted A. Troutman  OSB# 844470
Ted A. Troutman,
Attorney for Debtor

I hereby certify that this *Notice of Death* was served on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Beaverton, Oregon on the date indicated below:

**No creditor or interested party has requested special service**

/s/ Rusty Jacobson
Rusty Jacobson,
Legal Assistant
for Ted A. Troutman